HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JOSE SANTANA AYON ARAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:22-CR-00178-TLN |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCING DATE; ORDER** |
| ) | |
| JOSE SANTANA AYON ARAGON ) | DATE: February 13, 2025 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | COURT: Hon. Troy L. Nunley |
| ) | |

Counsel for Defendant Jose Santana Ayon Aragon, by and through his counsel of record, Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney David Spencer, hereby stipulate as follows:

1.      By previous order, this case was set for sentencing on February 13, 2025.  Dkt. 97.

2.      By this stipulation, defendant now moves to continue the sentencing hearing until April 10, 2025 at 9:30 a.m.  The parties agree to the following schedule, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | April 10, 2025 |
| Reply/Statement of Non-Opposition: | April 3, 2025 |
| Formal Objections to PSR: | March 27, 2025 |

1    Final PSR:                                    March 20, 2025

2    Informal Objections to PSR:                   March 13, 2025

3    As this is a sentencing and a change of plea has already been entered, no exclusion of time under

4    the Speedy Trial Act is required.

5        3.      The parties agree and stipulate, and request that the Court find the following:

6        a)      Counsel for defendant continues to work with counsel and prosecuting

7    authorities in unrelated, pending state matters to determine whether those matters can be

8    resolved prior to Mr. Ayon Aragon's designation to a Bureau of Prisons facility.  The

9    resolution of these matters could affect his security classification, program eligibility, and

10   eventual halfway house placement while serving his term.

11       b)      In addition, defense counsel is awaiting other information that is vital at

12   sentencing.

13       c)      Counsel for defendant believes that failure to grant the above-requested

14   continuance would deny her the reasonable time necessary for effective preparation,

15   taking into account the exercise of due diligence.

16       d)      The government does not object to the continuance.

17   IT IS SO STIPULATED.

18                                              Respectfully submitted,

19                                              HEATHER E. WILLIAMS
                                                Federal Defender
20

21   Dated: January 17, 2025                    */s/ Meghan D. McLoughlin*
                                                MEGHAN MCLOUGHLIN
22                                              Assistant Federal Defender
                                                Attorney for Defendant
23                                              JOSE SANTANA AYON ARAGON

24

25   Dated: January 17, 2025                    */s/ David Spencer*
                                                DAVID SPENCER
26                                              Assistant United States Attorney

27

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE