HEATHER E. WILLIAMS, BAR #122664
Federal Defender
MEGHAN D. McLOUGHLIN, # 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE SANTANA AYON ARAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>JOSE SANTANA AYON ARAGON,<br><br>*Defendant.* | Case No. 2:22-CR-00178-TLN<br><br>**ORDER TO FILE UNDER SEAL**<br><br>Date: April 10, 2025<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

GOOD CAUSE APPEARING, upon application of Defendant Jose Santana Ayon Aragon, the Court orders that Exhibit C to Defendant's *Sentencing Memorandum* and Defendant's *Supplemental Sentencing Memorandum* shall be filed under seal. The aforementioned documents shall be made available to Assistant United States Attorney David Spencer and Assistant Federal Defender, Meghan McLoughlin.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: April 10, 2025

_____
Troy L. Nunley
Chief United States District Judge

1